FILED
MAY 26 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TERRY R. DESJARLAIS, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL GOVERNMENT OF THE )<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. ) | Civil Action No. **11 0979** |

**MEMORANDUM OPINION**

This matter comes before the court on review of the plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint. The court will grant the application, and dismiss the complaint.

The plaintiff alleges "serious Federal Mal - Practice, Gross - Negligence and Civil and Constitutional Rights[] violation[]s." Compl. at 2. He alleges that an investigation had been conducted, the subject of which is not described, which brought about "attempt[s] to endanger [his] life and [his] relationship[]s" resulting in mental and physical injury. *Id.* He demands unspecified compensatory damages and injunctive relief. *Id.*

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint

contain a short and plain statement of the grounds upon which the court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977). The plaintiff's complaint does not accomplish these tasks, as it fails to include a short and plain statement showing that the plaintiff is entitled to the relief he demands.

The Court will dismiss the complaint. An Order consistent with this Memorandum Opinion is issued separately.

United States District Judge

DATE: 6/25/11